# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

138046-7

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GARRY JONES,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138046-7
COA: 281464, 281465
Wayne CC: 07-007661-01
        07-007660-01

On order of the Court, the application for leave to appeal the December 23, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

0420

Clerk